UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARRELL LEE INGMIRE-LOPEZ,

          Petitioner,

v.

STATE OF WASHINGTON,

          Respondent.

Case No. C19-1109-RSL

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 9) and this action are DISMISSED for failure to identify any viable claim for relief; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 6th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge